## METSKER ET AL. v. WHITSELL ET AL.

[No. 22,446.    Filed January 28, 1914.]

From Hamilton Circuit Court; *Joseph Combs*, Special Judge.

Proceedings on the petition of William H. Whitsell and others for the improvement of a highway. From a judgment of the circuit court dismissing the appeal from the order of the board of commissioners, Hamilton Metsker and others appeal. *Reversed.*

*J. F.* and *N. C. Neal* and *Shirts & Fertig*, for appellants. *William V. Rooker*, for appellees.

MORRIS, C. J.—The questions here presented are identical with those decided in *Metsker* v. *Whitsell* (1914), *ante* 126, 103 N. E. 1078, and on the authority of that decision the judgment here is reversed with instructions to overrule appellees' motion to dismiss the appeal, and for further proceedings not inconsistent with the opinion in that case.